**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000825
26-JUN-2026
08:08 AM
Dkt. 14 ODSD**

NO. CAAP-25-0000825

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MR. STEPHEN RICHARD KENNY, Petitioner-Appellant,
v.
CHRISTOPHER JAMES WILLIAMS, Respondent-Appellee.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION
(CASE NO. 2DSS-25-0000335)

ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before January 12, 2026, and February 11, 2026, respectively;

(2) Self-represented Petitioner-Appellant Stephen Richard Kenny (**Kenny**) failed to file either document or request an extension of time;

(3) On February 23, 2026, the appellate clerk entered a default notice informing Kenny that the time for filing the statement of jurisdiction and opening brief had expired, the

matter would be called to the court's attention on March 5, 2026, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rules 12.1(e) and 30, and Kenny could request relief from default by motion;

(4) The appellate clerk mailed the notice of entering case on calendar and the default notice to Kenny at his address on record. The United States Postal Service did not return the notice of entering case on calendar but returned the default notice as not deliverable and unable to forward; and

(5) Kenny has not filed a notice of change of address, consistent with HRAP Rule 25(f), or taken any further action in this appeal since filing the notice of appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, June 26, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge